# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   RICHARD LEE PORTER                                                               Chapter 13
        MELINDA NOELLE PORTER                                                  Case No.: 07-72627-SCS

        Debtors

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                                        (Amount of dividend)

RICHARD LEE PORTER                                                                                    $394.00
MELINDA NOELLE PORTER
5608 BAYSIDE RD
VIRGINIA BEACH, VA 23455


Date: October 26, 2011                                          /s/ Michael P. Cotter
                                                                                                      Michael P. Cotter
                                                                                     Chapter 13 Standing Trustee
                                                                                     870 Greenbrier Circle, Suite 402
                                                                                     Chesapeake, VA  23320
                                                                                     (757) 961-3000